428 A.2d 683

Commonwealth v. Hamilton, Appellant.

Submitted November 16, 1979.   John Halley, for appellant;   Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.

428 A.2d 684

Commonwealth v. Klingensmith, Appellant.

Submitted November 16, 1979.   Donald R. Marsh, for appellant;   Walter S. Vuckovich, District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.